UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for the Benefit of Holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2019-MFP, Commercial Mortgage Pass-Through Certificates, Series 2019-MFP,<br><br>      Plaintiff(s),<br><br>v.<br><br>BARRINGTON PARK OWNER LLC, et al.,<br>      Defendant(s). | 23-CV-9972 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

In this action, Plaintiff seeks statutory relief and specific performance of Loan Documents. *See* Complaint, ECF No. 1, ¶ 5-6. On December 14, 2023, Plaintiff moved for appointment of a receiver to preserve the collateral properties owned by Defendants. *See* ECF No. 55. No Defendants have appeared or filed documents on ECF.

It is hereby **ORDERED** that Plaintiff shall serve its motion to appoint a receiver, the materials submitted in connection with the motion, and this order on the Defendants and file proof of service by **December 20, 2023**. Plaintiff shall serve the Defendants via Federal Express. Any opposition to Plaintiff's motion for appointment of a receiver shall be filed by **January 12, 2024**. If any such opposition is filed, Plaintiff may file a reply by **January 19, 2024**.

  SO ORDERED.

Dated: December 18, 2023
   New York, New York

                      DALE E. HO
                      United States District Judge