UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>               Plaintiff,<br><br>v.<br><br>BARRINGTON PARK OWNER LLC, et al.,<br><br>               Defendant. | 23-CV-9972 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

An order issued on November 17, 2023, scheduled an initial pretrial conference in this matter for **February 13, 2024**, and required the parties to file a joint status letter and proposed case management plan by **February 6, 2024**. *See* ECF No. 6. No such materials were filed. It is hereby **ORDERED** that the parties shall file the required joint status letter and proposed case management plan as soon as possible and no later than **February 8, 2024.**

SO ORDERED.

Dated: February 7, 2024
       New York, New York

                                                  DALE E. HO
                                      United States District Judge