UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>                        Plaintiff,<br><br>v.<br><br>BARRINGTON PARK OWNER LLC,<br><br>                        Defendants. | 23 Civ. 9972 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **February 8, 2024**, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **February 13, 2024, at 2:00 p.m. EST**. *See* ECF Nos. 72-74. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

    SO ORDERED.

Dated: February 9, 2024
         New York, New York

                                                DALE E. HO
                                    United States District Judge