UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for the Benefit of the Certificateholders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2019-MFP, Commercial Mortgage Pass-Through Certificates, Series 2019-MFP, by and through Situs Holdings, LLC, as Special Servicer under the Trust and Servicing Agreement, dated as of July 18, 2019,<br><br>*Plaintiff*,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, MEYER CHETRIT, SHADOW CREEK OWNER, LLC, and 3100 DANIEL MCCALL DRIVE, LLC,<br><br>*Defendants*. | Case No. 1:25-cv-01943 (DEH) [rel. 1:23-cv-09972 (DEH)]<br><br>~~[PROPOSED]~~ ORDER |

Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon consideration of the annexed memorandum of law and the declaration of Bruce S. Kaplan, Friedman Kaplan Seiler Adelman & Robbins LLP is hereby granted leave to withdraw as counsel for Defendants Meyer Chetrit, Shadow Creek Owner, LLC, and 3100 Daniel McCall Drive, LLC, and Bruce S. Kaplan, Elizabeth K. Bierut, and Jason B. Koffler shall be terminated from the docket and removed from electronic notice.

SO ORDERED:

_____
THE HONORABLE DALE E. HO
UNITED STATES DISTRICT JUDGE
Dated: July 14, 2025