

**Kilpatrick Townsend & Stockton LLP**
ktslaw.com

3 Times Square
New York, NY 10036

Application GRANTED.  Plaintiff shall file a
proposed judgment, along with a proposed
Schedule, on or before **October 21, 2025**.
If the parties cannot agree as to the scope of the
Schedule, they shall, on the same date, each
submit letter briefs not to exceed three (3)
pages as to their respective positions.
Defendants may attach to their letter brief their
own proposed Schedule.  SO ORDERED.

Evan S. Nadel
direct dial 212 775 8862
direct fax 212 320 0391
ENadel@ktslaw.com

October 13, 2025

**VIA ECF**

The Honorable Dale E. Ho
United States District Court,
Southern District of New York
40 Foley Square
New York, NY  10007

Dale E. Ho
United States District Judge

Dated: October 14, 2025

New York, New York

Re:    *Wells Fargo Bank, National Association, as Trustee v. Barrington Park Owner,
LLC, et al.*; Civil Case No. 1:23-cv-09972-DEH

Dear Judge Ho:

We represent Plaintiff in the above-referenced matter.  Pursuant to S.D.N.Y. Local Civil
Rule 7.1(e) and Rule 2(e) of Your Honor's Individual Rules of Practice in Civil Cases, and with
the consent of counsel for Defendants, we respectfully request a one-week extension of time for
Plaintiff to file a proposed judgment, along with a proposed Schedule of the categories of
documents subject to Plaintiff's third cause of action**.**

Pursuant to Your Honor's Opinion and Order entered on September 30, 2025 (ECF No.
162), Plaintiff's current deadline to file a proposed judgment, along with a proposed Schedule, is
October 14, 2025.  We seek this extension because our client and the receiver need additional time
to review the proposed protocol allowing the receiver to sell the property, and we also need time
for the required meet and confer with defense counsel about our proposed language in advance of
submitting it to the court.  Therefore, Plaintiff respectfully requests an extension of one-week, to
and including October 21, 2025, to file a proposed judgment, along with a proposed Schedule.

This is Plaintiff's first request for an extension of time to file a proposed judgment, along
with a proposed Schedule.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Evan S. Nadel*
Evan S. Nadel
Attorney for the Plaintiff

cc:    All counsel of record (via ECF)
Burleigh L. Singleton (via e-mail)

ANCHORAGE  ATLANTA  AUGUSTA  BEIJING  CHARLOTTE  CHICAGO  DALLAS  DENVER  HOUSTON  LOS ANGELES  NEW YORK  PHOENIX  RALEIGH
SAN DIEGO  SAN FRANCISCO  SEATTLE  SHANGHAI  SILICON VALLEY  STOCKHOLM  TOKYO  WALNUT CREEK  WASHINGTON  WINSTON-SALEM