UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wells Fargo Bank, National Association<br><br>                              Plaintiff,<br><br>v.<br><br>Barrington Park Owner LLC et al.,<br><br>                              Defendants. | 23-CV-9972 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  The Court is in receipt of Plaintiff's letter at ECF No. 171 and Defendants' letter at ECF No. 172.  Plaintiff is DIRECTED by **Wednesday, November 26, 2025** to respond to ECF No. 172 in a letter submission not to exceed three pages.

SO ORDERED.

Dated: November 24, 2025
   New York, New York

                    DALE E. HO
                United States District Judge