UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wells Fargo Bank, National Association,
Plaintiff(s),

v.

Barrington Park Owner LLC, et al.,
Defendant(s).

23-CV-9972 (DEH)

ORDER

DALE E. HO, United States District Judge:

On July 7, 2026, the Court held a conference on the proposed judgment in this case. By separate order, the Court will enter Plaintiff's proposed judgment, with the modifications consented to by the parties during the conference.

By July 14, 2026, the parties shall file a proposed stipulation with respect to (1) the exchange of information pertaining to any sale or other disposition of any properties after foreclosure, and (2) Defendants' certification as to their production of financial records.

Plaintiff's motion for partial judgment, ECF No. 179, is **DENIED as moot** without prejudice as to filing a motion to enforce.

The Clerk of Court is respectfully directed to close ECF No. 179.

SO ORDERED.

Dated: July 7, 2026
New York, New York

DALE E. HO
United States District Judge