**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for the Benefit of Holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2019-MFP, Commercial Mortgage Pass-Through Certificates, Series 2019-MFP,<br><br>Plaintiff,<br><br>v.<br><br>BARRINGTON PARK OWNER LLC, *et al.*,<br><br>Defendants. | Civil Case No. 23-cv-09972 |

**STIPULATION AND ORDER**

WHEREAS the Court's Order dated July 7, 2026 (ECF No. 186) instructed the parties to file "a proposed stipulation with respect to (1) the exchange of information pertaining to any sale or other disposition of any properties after foreclosure, and (2) Defendants' certification as to their production of financial records."

IT IS HEREBY STIPULATED AND AGREED, by and among the parties through their undersigned counsel, that:

1.      By August 14, 2026, Plaintiff shall produce to Defendants documents sufficient to show all material terms of each judicial or non-judicial foreclosure or other disposition of the properties at issue in this action that was conducted by Plaintiff (as opposed to Defendants or the Receiver).

2.      Within one week of any future judicial or non-judicial foreclosure sale or other disposition of the properties at issue in this action that is intended to be conducted by Plaintiff (as opposed to Defendants or the Receiver), Plaintiff shall produce to Defendants documents sufficient

to show all material terms of such disposition.

3.    By September 14, 2026, Defendants will complete an assessment to confirm that any records of the properties' financial performance following their purchase by Defendants, to the extent such records are in Defendants' possession (rather than in the possession of Friedman Management Corp.) ("Financial Records"), were previously produced in this action.  Such assessment shall include an assessment of Defendants' prior document collection and production process in this action and, if needed, a reasonable review of additional files pertaining to Defendants, which additional review need not include a search-term based collection of emails or other electronically stored information or the unarchiving of hardcopy or electrical records.  Such assessment also need not include a document-by-document review of Defendants' prior production in this action.

4.    On the same date, Defendants shall produce to Plaintiff any Financial Records that were not previously produced and, at the same time, shall provide a certification in substantially the form attached hereto as Exhibit 1 that all Financial Records have been produced.

5.    The deadlines set forth herein may be amended by the parties upon mutual execution of a written instrument evidencing consent without Court approval.

2

Dated: New York, New York
        July 14, 2026

KILPATRICK TOWNSEND &                    ROSENBERG & ESTIS, P.C.
STOCKTON LLP


By: */s/ Evan S. Nadel*                  By: */s/ Joseph J. Kammerman*
        Evan S. Nadel                            Brett B. Theis
3 Times Square, 28th Floor                       Christopher A. Gorman
New York, New York 10036                         Joseph J. Kammerman
(212) 775-8773                           733 Third Avenue
                                         New York, New York 10017
                                         (212) 867-6000
*Attorneys for Plaintiff*                *Attorneys for Defendants*


SO ORDERED.


Dated: July 15, 2026 New York, New York          Dale E. Ho
                                                 United States District Judge

EXHIBIT 1

**OFFICER'S CERTIFICATE RE: PRODUCTION OF FINANCIAL RECORDS**

Wells Fargo Bank, National Association, as Trustee v. Barrington Park Owner LLC, et al., Civil Case No. 23-cv-09972-DEH
[_____], 2026

To: Wells Fargo Bank, National Association, as Trustee for the benefit of the Holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2019-MFP, Commercial Mortgage Pass-Through Certificates, Series 2019-MFP

c/o Situs Holdings, LLC, as Special Servicer
Attention: Whitney Wheeler

Reference is made to that certain Loan Agreement, dated as of June 19, 2019 (as amended, restated, supplemented or otherwise modified from time to time, the "Loan Agreement"), originally by and between JPMorgan Chase Bank, National Association, as lender, and the entities set forth on Schedule I thereto, as borrower, and now held by Wells Fargo Bank, National Association, as Trustee for the benefit of the Holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2019-MFP, Commercial Mortgage Pass-Through Certificates, Series 2019-MFP, as successor-in-interest to the original lender ("Lender"). Reference is also made to (i) the Judgment entered in Wells Fargo Bank, National Association, as Trustee v. Barrington Park Owner LLC, et al., Civil Case No. 23-cv-09972-DEH (the "Judgment"),(ii) the Court's Order dated July 7, 2026, directing the parties to file a proposed stipulation with respect to, among other things, Defendants' certification as to their production of financial records (the "July 7 Order"), and (iii) the parties' stipulation and proposed order dated July 14, 2026 concerning the July 7 Order (the "July 14 Stipulation"). Capitalized terms used in this Officer's Certificate and not otherwise defined herein have the meanings set forth in the Loan Agreement.

THE UNDERSIGNED, being an authorized signatory of Borrower, and being duly authorized to execute and deliver this Officer's Certificate on behalf of the entities listed on Schedule A attached hereto (each, an "Individual Borrower" and collectively, "Borrower"), hereby certifies to Lender pursuant to **Section 5.1.11** of the Loan Agreement and in connection with the Judgment, the July 7 Order, and the July 14 Stipulation, under penalty of perjury, as follows:

1.  To the undersigned's knowledge after reasonable inquiry consistent with the July 14 Stipulation, the financial records concerning the properties in Borrower's possession have been produced or made available to Plaintiff. Such financial records include, to the extent available and applicable, audited annual financial statements, unaudited monthly statements, rent rolls, operating statements, general ledgers, bank records, books, records, accounts and other financial records relating to the Properties.

2.  To the undersigned's knowledge, the copies of the financial records produced or made available are true, correct and complete copies of such financial records. Subject to the exceptions and qualifications set forth on Exhibit A, Borrower has not withheld any Financial Records within Borrower's possession that are responsive to the accounting contemplated by the Judgment and the July 7 Order.

3.  Nothing in this Officer's Certificate modifies, waives or limits any Default or Event of Default, any rights or remedies of Lender, or any rights, remedies or obligations of Borrower under the

1

Loan Documents, the Judgment or the July 7 Order.

[NO FURTHER TEXT ON THIS PAGE; SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, this Officer's Certificate is executed by the undersigned as of the date first written above.

**BORROWER:**

**BARRINGTON PARK OWNER LLC**,
a Delaware limited liability company

By: _____
       Name:  Meyer Chetrit
       Title:    Authorized Signatory

**CHATEAU GLEN OAKS OWNER, LLC**,
a Delaware limited liability company

By: _____
       Name:  Meyer Chetrit
       Title:    Authorized Signatory

**MANCHESTER PARK OWNER LLC**,
a Delaware limited liability company

By: _____
       Name:  Meyer Chetrit
       Title:    Authorized Signatory

**VISTA PLACE OWNER, LLC**,
a Delaware limited liability company

By: _____
       Name:  Meyer Chetrit
       Title:    Authorized Signatory

**ATWOOD OWNER LLC**,
a Delaware limited liability company

By: _____
       Name:  Meyer Chetrit
       Title:    Authorized Signatory

**COLONIAL FOREST OWNER LLC**,
a Delaware limited liability company

By: _____
       Name:  Meyer Chetrit
       Title:    Authorized Signatory

**DAVIS GARDENS OWNER LLC**,
a Delaware limited liability company

By: _____
       Name:  Meyer Chetrit
       Title:    Authorized Signatory

**NORTHWOOD OWNER LLC**,
a Delaware limited liability company

By: _____
       Name:  Meyer Chetrit
       Title:    Authorized Signatory

[Signatures Continued on Next Page]

3

[Signatures Continued from Previous Page]

**BORROWER:**

**UNIVERSITY COURTYARD OWNER LLC**,
a Delaware limited liability company

By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory

**KNOXVILLE POINTE OWNER LLC**,
a Delaware limited liability company

By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory

**EAST GATE OWNER LLC**,
a Delaware limited liability company

By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory

**HALLMARK GARDENS OWNER LLC**,
a Delaware limited liability company

By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory

**ABINGTON OWNER LLC**,
a Delaware limited liability company

By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory

**CHESWICK VILLAGE OWNER, LLC**
a Delaware limited liability company

By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory

**COLFAX OWNER LLC**,
a Delaware limited liability company

By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory

**EDISON POINTE OWNER LLC**,
a Delaware limited liability company

By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory

[Signatures Continued on Next Page]

1

[Signatures Continued from Previous Page]

**BORROWER:**

**HICKORY RIDGE PROPERTY OWNER LLC**,
a Delaware limited liability company


By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory


**WINCHESTER VILLAGE OWNER LLC**,
a Delaware limited liability company


By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory


**WINCHESTER WOODS OWNER LLC**,
a Delaware limited liability company


By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory


**CHATEAU ROYALE OWNER LLC**,
a Delaware limited liability company


By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory


**NORTH GATE OWNER LLC**,
a Delaware limited liability company


By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory


**PEBBLE CREEK OWNER LLC**,
a Delaware limited liability company


By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory


**SOUTHWIND OWNER LLC**,
a Delaware limited liability company


By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory


**ADVANTAGES OWNER LLC**,
a Delaware limited liability company


By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory


[Signatures Continued on Next Page]

1

[Signatures Continued from Previous Page]

**BORROWER:**

**TIMBER RIDGE OWNER LLC,**
a Delaware limited liability company

By: _____
    Name:  Meyer Chetrit
    Title:    Authorized Signatory

**CALEB'S CREEK HOLDINGS LLC**,
an Ohio limited liability company

By: _____
    Name:  Meyer Chetrit
    Title:    Authorized Signatory

**FOX CHASE APARTMENTS 1 LLC**,
a Delaware limited liability company

By: _____
    Name:  Meyer Chetrit
    Title:    Authorized Signatory

**GALLOWAY APARTMENTS LLC,**
an Ohio limited liability company

By: _____
    Name:  Meyer Chetrit
    Title:    Authorized Signatory

**ROCO – HIGH POINT IN THE PARK, LLC**,
a Delaware limited liability company

By: _____
    Name:  Meyer Chetrit
    Title:    Authorized Signatory

**ROCO – HILLIARD, LLC**,
a Delaware limited liability company

By: _____
    Name:  Meyer Chetrit
    Title:    Authorized Signatory

**TROTWOOD HOLDINGS LLC**,
an Ohio limited liability company

By: _____
    Name:  Meyer Chetrit
    Title:    Authorized Signatory

**ROCO – LOGANBERRY, LLC**,
an Ohio limited liability company

By: _____
    Name:  Meyer Chetrit
    Title:    Authorized Signatory

[Signatures Continued on Next Page]

1

[Signatures Continued from Previous Page]

**BORROWER:**

**ROCO-PARKSIDE, LLC**,
an Ohio limited liability company

By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory

**QUAIL CREEK INVESTMENTS LLC**
an Delaware limited liability company

By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory

**STEEPLECHASE ADVISERS II LLC**,
a Delaware limited liability company

By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory

**LAKES AT RIDGEWAY OWNER LLC**,
a Delaware limited liability company

By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory

**MORIAH OWNER LLC**,
a Delaware limited liability company

By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory

**STONEGATE OWNER LLC**,
a Delaware limited liability company

By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory

**ARLINGTON OWNER LLC**,
a Delaware limited liability company

By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory

**FOREST VIEW OWNER LLC**,
a Delaware limited liability company

By: _____
      Name:  Meyer Chetrit
      Title:    Authorized Signatory

[Signatures Continued on Next Page]

2

[Signatures Continued from Previous Page]

**BORROWER:**

**RIVERSIDE RANCH OWNER LLC**,                **SHADOW CREEK OWNER LLC**,
a Delaware limited liability company          a Delaware limited liability company

By: _____              By: _____
    Name:  Meyer Chetrit                           Name:  Meyer Chetrit
    Title:    Authorized Signatory                 Title:    Authorized Signatory

**UNIVERSITY HILL OWNER LLC**,
a Delaware limited liability company

By: _____
    Name:  Meyer Chetrit
    Title:    Authorized Signatory

Officer's Certificate re: Financial Reporting

**EXHIBIT A**

Exceptions

Officer's Certificate re: Financial Reporting

**Schedule I**

**Borrower**

1.    Barrington Park Owner LLC, a Delaware limited liability company;
2.    Chateau Glen Oaks Owner LLC, a Delaware limited liability company;
3.    Manchester Park Owner LLC, a Delaware limited liability company;
4.    Vista Place Owner LLC, a Delaware limited liability company;
5.    Atwood Owner LLC, a Delaware limited liability company;
6.    Colonial Forest Owner LLC, a Delaware limited liability company;
7.    Davis Gardens Owner LLC, a Delaware limited liability company;
8.    Northwood Owner LLC, a Delaware limited liability company;
9.    University Courtyard Owner LLC, a Delaware limited liability company;
10.   Knoxville Pointe Owner LLC, a Delaware limited liability company;
11.   Abington Owner LLC, a Delaware limited liability company;
12.   Cheswick Village Owner LLC, a Delaware limited liability company;
13.   Colfax Owner LLC, a Delaware limited liability company;
14.   Edison Pointe Owner LLC, a Delaware limited liability company;
15.   Hickory Ridge Property Owner LLC, a Delaware limited liability company;
16.   Winchester Village Owner LLC, a Delaware limited liability company;
17.   Winchester Woods Owner LLC, a Delaware limited liability company;
18.   Chateau Royale Owner LLC, a Delaware limited liability company;
19.   East Gate Owner LLC, a Delaware limited liability company;
20.   Hallmark Gardens Owner LLC, a Delaware limited liability company;
21.   North Gate Owner LLC, a Delaware limited liability company;
22.   Pebble Creek Owner LLC, a Delaware limited liability company;
23.   Southwind Owner LLC, a Delaware limited liability company;
24.   Advantages Owner LLC, a Delaware limited liability company;
25.   Timber Ridge Owner LLC, a Delaware limited liability company;
26.   Fox Chase Apartments 1 LLC, a Delaware limited liability company;
27.   ROCO – High Point in The Park LLC, a Delaware limited liability company;
28.   ROCO–Hilliard LLC, a Delaware limited liability company;
29.   Quail Creek Investments LLC, a Delaware limited liability company;
30.   Steeplechase Advisers II LLC, a Delaware limited liability company;
31.   Lakes At Ridgeway Owner LLC, a Delaware limited liability company;
32.   Moriah Owner LLC, a Delaware limited liability company;
33.   Stonegate Owner LLC, a Delaware limited liability company;
34.   Arlington Owner LLC, a Delaware limited liability company;
35.   Forest View Owner LLC, a Delaware limited liability company;
36.   Riverside Ranch Owner LLC, a Delaware limited liability company;
37.   Shadow Creek Owner LLC, a Delaware limited liability company;
38.   University Hill Owner LLC, a Delaware limited liability company;
39.   Caleb's Creek Holdings LLC, a Delaware limited liability company;
40.   Galloway Apartments LLC, an Ohio limited liability company;
41.   Trotwood Holdings LLC, an Ohio limited liability company;
42.   ROCO–Loganberry LLC, an Ohio limited liability company;
43.   ROCO–Parkside LLC, an Ohio limited liability company.