**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for the Benefit of Holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2019-MFP, Commercial Mortgage Pass-Through Certificates, Series 2019-MFP,<br><br>Plaintiff,<br><br>v.<br><br>BARRINGTON PARK OWNER LLC, *et al*.,<br><br>Defendants. | Case No. 23-cv-09972-DEH<br><br>**ORDER ON RECEIVER'S CONSENT MOTION FOR COURT APPROVAL OF THE PROPOSED SALE OF FIVE PROPERTIES IN THE RECEIVERSHIP ESTATE** |

THIS MATTER is before the Court on the *Receiver's Consent Motion for Court Approval of the Proposed Sale of Five Properties in the Receivership Estate.* The Court FINDS that the sale is authorized in the Court's Interim Order, dated February 6, 2024, and the Court's Judgment, dated July 7, 2026 (the "Judgment"), which grants the Chris Neilson, as Court-Appointed Receiver ("Receiver"), authority to sell properties in the Receivership Estate.

WITH THE CONSENT OF THE PARTIES, IT IS HEREBY ORDERED that the Court approves the sale of the following properties (collectively, the "Properties") for the total purchase price specified below, subject to any contractual adjustments or modifications contemplated in the governing sale documents (collectively, the "Purchase Agreements"), and subject to any amendments or modifications agreed upon by the parties prior to closing.

| | Name | Address | City/Town | State | ZIP Code | Parcel Number | Total Purchase Price |
|---|---|---|---|---|---|---|---|
| 1. | Galloway Apartments | 133 N Murray Hill Road | Columbus | OH | 43228 | 240-000010-00<br>240-004012-00<br>240-004820-00<br>240-004821-00<br>240-004822-00<br>240-004823-00<br>240-004824-00<br>240-004825-00<br>240-004837-00<br>240-004838-00<br>240-004839-00<br>240-004840-00<br>240-004841-00<br>240-004847-00 | $10,053,750.00 |
| 2. | High Point in the Park | 2425 West River Road | Elyria | OH | 44035 | 06-23-017-102-026<br>06-23-017-102-040<br>06-23-017-102-041<br>06-23-017-102-044 | $7,455,000.00 |
| 3. | Loganberry Ridge Apartments | 26680 White Way Drive<br><br>26710 White Way Drive<br><br>26720 White Way Drive<br><br>26663 Loganberry Drive<br><br>26670 Loganberry Drive | Richmond Heights | OH | 44143 | 661-12-160<br><br>661-11-102<br><br>661-12-162<br><br>661-12-157<br><br>661-12-159 | $10,395,000.00 |

| | Name | Address | City/Town | State | ZIP Code | Parcel Number | Total Purchase Price |
|---|---|---|---|---|---|---|---|
| 4. | Parkside Apartments | 1556 Knuth Avenue | Euclid | OH | 44132 | 648-22-002<br>648-22-004 | $4,777,500.00 |
| 5. | Shadow Creek Apartments | 2807 Daniel McCall Drive<br><br>3100 Daniel McCall Drive | Lufkin | TX | 75904 | 0024-348-151-000-00 (Geographic ID No.)<br><br>0024-348-144-000-00 (Geographic ID No.) | $15,750,000.00 |

IT IS FURTHER ORDERED that, pursuant to Paragraph 3(d) of the Judgment, each of the sales shall be free and clear of all liens, claims, encumbrances, and interests, and that all valid security interests, liens, claims, and other interests, if any, shall attach to the proceeds of the sales and shall be further be subject to approval of this Court.

IT IS FURTHER ORDERED that Receiver may proceed with closing the respective sale for each of the Properties, and Receiver is authorized to take any and all actions associated with such closings, including executing sale documents.

IT IS FURTHER ORDERED that net sale proceeds shall be paid to Receiver pursuant to the terms of the Purchase Agreements, and that Receiver shall be entitled to a disposition fee in an amount agreed upon by Receiver and Plaintiff.

**SO ORDERED,** this 25th day of September, 2026.

Honorable Dale E. Ho
United States District Court Judge